**FILED
CLERK**

10/23/2018 10:24 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Ericka Johnson, individually and on behalf of all those similarly situated,

                Plaintiff,

                -against-

Persolve Legal Group, LLP,

                Defendant.

Docket No: 2:18-cv-02606-JMA-AKT

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: October 18, 2018

| | |
|---|---|
| **STADLEY RONON STEVENS & YOUNG, LLP** | **BARSHAY SANDERS, PLLC** |
| By:    /s Matthew Johnson | By:    /s Craig B. Sanders |
| Matthew Johnson, Esq. | Craig B. Sanders |
| 100 Park Avenue | 100 Garden City Plaza, Suite 500 |
| New York, New York 10017 | Garden City, New York 11530 |
| Tel: (646) 710-3912 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 115243 |
| | *Attorneys for Plaintiff* |

      Case closed.
      SO ORDERED.
      /s/ JMA, USDJ
      10/23/2018